```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13307
   JOHN P GILBERT
   VIOLET A GILBERT                              CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3189     SSN XXX-XX-8313

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/25/2007 and was confirmed 09/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG          .00              .00            .00
AMERICAS SERVICING CO      MORTGAGE ARRE       840.00              .00          27.77
AMERICAS SERVICING CO      UNSECURED        NOT FILED              .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC     18542.83          1714.16        2810.20
US BANK NATIONAL ASSOCIA   CURRENT MORTG          .00              .00            .00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE     12956.33              .00         428.36
TRIAD FINANCIAL CORP       SECURED VEHIC     17344.00          1511.69        2944.77
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED              .00            .00
AMERICAN GENERAL FINANCE   UNSECURED         1480.01              .00            .00
ASPEN-S GOLD MASTER CARD   UNSECURED          982.77              .00            .00
CAVALRY INVESTMENTS        UNSECURED        NOT FILED              .00            .00
CAPITAL ONE                UNSECURED          850.06              .00            .00
CITY OF CHICAGO PARKING    UNSECURED          960.00              .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED        NOT FILED              .00            .00
C S X CHICAGO TERMINAL C   UNSECURED         1575.47              .00            .00
ECAST SETTLEMENT CORP      UNSECURED          571.55              .00            .00
NICOR GAS                  UNSECURED          346.51              .00            .00
SURETY FINANCIAL SERVICE   UNSECURED        NOT FILED              .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          178.88              .00            .00
TRIAD FINANCIAL CORP       UNSECURED          397.64              .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED              .00            .00
ASPEN-S GOLD MASTER CARD   UNSECURED             .00              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,934.00                         2,934.00
TOM VAUGHN                 TRUSTEE                                             986.70
DEBTOR REFUND              REFUND                                              846.72

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  14,204.37
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 13307 JOHN P GILBERT & VIOLET A GILBERT

```
PRIORITY                                                               .00
SECURED                                                           6,211.10
    INTEREST                                                      3,225.85
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,934.00
TRUSTEE COMPENSATION                                                986.70
DEBTOR REFUND                                                       846.72
                                      ---------------       ---------------
TOTALS                                      14,204.37             14,204.37
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/27/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE